# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130128

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                            SC: 130128
                                            COA: 256448
                                            Oakland CC: 2003-191964-FH

JAMIE JAYSON HAY,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the October 25, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

d0320

_____
Clerk